# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Elvis Camillo R. Lopez,<br>*Plaintiff*<br>v.<br>Washington State,<br>*Defendant* | ) ) ) ) ) ) )  Civil Action No. 4:17-cv-05011-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: First Amended Petition, ECF No. 9, is DISMISSED for lack of personal jurisdiction.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge STANLEY A. BASTIAN pursuant to 28 U.S.C. 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of Appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

Date: 07/11/2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates